UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO ROMAN SANCHEZ OJEDA,<br><br>                    Plaintiff,<br><br>    -v.-<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; TODD BLANCHE, *U.S. Attorney General of the United States*; JOSEPH B. EDLOW, *Director of the United States Citizenship and Immigration Services*; MARKWAYNE MULLINS, *Secretary of the Department of Homeland Security*; ROSE M. KENDRICK, *Acting Director of the National Benefits Center at USCIS*; and JAY CLAYTON, *United States Attorney for the Southern District of New York*,<br><br>                    Defendants. | 26 Civ. 3271 (KPF)<br><br>ORDER OF SERVICE |

Katherine Polk Failla, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue a summons as to each Defendant. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of each summons.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims

---

[1]    Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees.  The Court therefore extends the time to serve until 90 days after the date the summons is issued.

against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[2]

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of service.

SO ORDERED.

Dated:  April 24, 2026
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

---

[2]    If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.